# UNITED STATES DISTRICT COURT

FILED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of  COLUMBIA

_Dartagnan Howard_

Plaintiff

V.

_International Brotherhood of Electrical Workers_

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 2353

I, _Dartagnan Howard_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) $140 weekly
   _Truth Construction - Self Employed_
   _268 Jeffer Drive, Waggaman, Louisiana 70094_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☑ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

RECEIVED
DEC 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Truth Construction - Self employed
$140 weekly currently
$200 weekly expected 2008 spring

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial ins[trume]nts, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value.

   1994 Chevy pickup truck $3,000

6. List the persons who are dependent on you for support, state your relatic[onsh]ip to each person and indicate how much you contribute to their support. (If children are dependents, p[leas]e refer to them by their initials)

I declare under penalty of perjury that the above information is true and corre[ct.]

_12-3-07_                    _[signature]_
  Date                       Signature of App[licant]

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall sub[mit a]n affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing al[l rece]ipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because [you] have been in multiple institutions, attach one certified statement of each account.

### ORDER OF THE COURT

| The application is hereby denied. | | The application is hereby [grant]ed. Let the applicant proceed without prepayment of costs or fe[es] the necessity of giving security thereof. | |
|---|---|---|---|
| _____ | _____ | _Reggie B._ [signature] | _12/19/07_ |
| United States Judge | Date | United States Ju[dge] | Date |