U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

Civil Action, File Number __07-2353 PLF__

TO: R.G. Murphy, Asst. Dir. Joint Apptcsh'p.
Training Committee
4371 Parliament Place., Ste. A
Lanham, MD 20706

__Dartagnan Howard__ V.

__International Brotherhood, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

...pt of Summons and Complaint By Mail was

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R.G. Murphy, Asst. Dir.
Joint Apprship. (O.C.)
Training Committee
4371 Parliament Pl., Ste. A
Lanham, MD 20706

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☒ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7007 0710 0004 6579 1972
(Transfer from service label)

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLAINT
...complaint in the above captioned manner at
...er and Street Name or P.O. Box No.
...d Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-2
(Rev. 6/...)