IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARTAGNAN HOWARD </br></br> Plaintiff, </br></br> v. </br></br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 26, et al. </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 1:07-cv-02353 PLF </br> Judge Paul L. Friedman |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Defendant, International Brotherhood of Electrical Workers, Local 26. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/
Ellen O. Boardman (D.C. Bar # 375563)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
(202) 362-0041

Counsel for Plaintiff

171451_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of January 2008, a true and accurate copy of a Notice of Appearance for Ellen O. Boardman was served via first class, postage prepaid mail on the following:

Dartagnan Howard
Pro Se
268 Jeffer Drive
Waggaman, LA 70094

William P. Dale
McChesney & Dale, P.C.
4000 Mitchellville Road
Suite 222B
Bowie, MD 20716

/s/
Ellen O. Boardman

171451_1.DOC