UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
DARTAGNAN HOWARD,                     )
                                      )
            Plaintiff,                )
    v.                                )   Civil Action No. 07-2353 (PLF)
                                      )
INTERNATIONAL BROTHERHOOD OF          )
ELECTRICAL WORKERS #26, *et al.*,     )
                                      )
            Defendants.               )
_____)


ORDER

Defendant International Brotherhood of Electrical Workers #26 moves to dismiss the complaint. Because a ruling on the motion potentially could dispose of this case as against this defendant, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service

> and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **April 1, 2008**, plaintiff shall file his opposition or other response to defendant's motion. If plaintiff fails to respond timely, the Court may grant the motion as conceded, and may dismiss the complaint as against this defendant.

SO ORDERED.

/s/ _____
PAUL L. FRIEDMAN
United States District Judge

Date: March 5, 2008