UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARTAGNAN HOWARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2353 (PLF) |
| ) | |
| **INTERNATIONAL BROTHERHOOD** ) | |
| **OF ELECTRICAL WORKERS #26 et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

On January 24, 2008, defendant International Brotherhood of Electrical Workers #26 filed a motion to dismiss the claims against it. On January 25, 2008, all the other defendants in the case filed a motion to dismiss the claims against them. On March 3, 2008, this Court issued an order advising the *pro se* plaintiff of the obligation to respond by April 1, 2008, and that failure to respond could result in the dismissal of the complaint. Plaintiff has not filed a response to the defendants' motions. Accordingly, it is

ORDERED that the defendants' motions [Dkt. #7 & #9] to dismiss the complaint are GRANTED as conceded. The complaint is DISMISSED. This is a final, appealable Order.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATED: April 10, 2008